AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>James John Hall<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)  **8:22MJ2077SPF**<br>)<br>) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2, 2022__ in the county of __Pasco__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 842(a)(3)(B)<br>26 U.S.C. §5861(d) and (f) | Distribution of Explosive Materials<br>Possession of a Firearm Not Registered in National Firearms Registration and Transfer Record<br>Unlawful Making of a Firearm |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Yannick Deslauriers, SA, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means.

Date: 11/3/2022

_____
*Judge's signature*

City and state: Tampa, Florida            Honorable Sean P. Flynn, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Yannick Deslauriers, of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

1.   I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed by the United States Department of Justice since January 2009. I have approximately 22 years of law enforcement training and experience. This training and experience includes, but is not limited to, the earning of a Bachelor of Science Degree in the field of Criminal Justice with a minor in Psychology from the University of Tennessee, and the completion of the Metropolitan Nashville Police Academy. I was subsequently employed with the Metropolitan Nashville Police Department in Nashville, Tennessee for approximately nine years, including four years assigned to a street level narcotics unit. Upon being hired by ATF, I completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training program.

2.   I am authorized to investigate violations of laws of the United States, including violent crimes and narcotic offenses, and to execute warrants issued under the authority of the United States. I am currently assigned to the ATF Tampa Division. During my employment as an ATF Special Agent and nine previous years as a police officer and detective with the Nashville Police Department, I have participated in numerous investigations which have resulted in the arrests of numerous individuals and

Page 1 of 8

the seizures of currency, financial ledgers, firearms, controlled substances, and indicia of controlled substance trafficking. During the course of these investigations, I have conducted or participated in physical and electronic surveillance, and I have conducted numerous debriefings of witnesses, informants, cooperating defendants, and other individuals cooperating with the United States. I have executed or assisted in executing numerous search warrants resulting in the seizure of firearms, narcotics, narcotics records, and financial documents.

3. I submit only those facts believed to be relevant in the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts in this investigation. I derived the following pertinent facts through consultation with other law enforcement officers, a review of reports, and my personal investigative efforts and personal knowledge, as well as my experience and background.

5. This investigation involves the sale of a homemade suspected explosive device by **JAMES JOHN HALL** to a confidential source, hereinafter referred to as "CS." The investigation concerns violations of 18 U.S.C. § 842 (a)(3)(B) and 26 U.S.C. §§ 5861 (d) and (f). The sale occurred on November 2, 2022, and was audio recorded.

6. On November 2, 2022, I was contacted by Tampa Police Department (TPD) Detective Juan Alvarez (FBI Task Force Officer). Detective Alvarez had been in communication with a reliable confidential source (CS) who provided information that an individual identified as James John HALL (Date of Birth: 7/17/1988) was in

possession of a homemade "pipe bomb" at his residence, identified as 5503 10th Street in Zephyrhills, Florida.

7. On this date, I met with Detective Alvarez and learned that the CS has previously provided accurate and reliable information that has been corroborated and verified by law enforcement. The CS has cooperated with law enforcement in the past by conducting controlled narcotics and firearm purchases as part of law enforcement investigations. I also learned that the CS voluntarily provided the information related to the pipe bomb to law enforcement due to the dangerous nature of the device.

9. On this date, I met with the CS and learned that he/she had become acquainted with **JAMES JOHN HALL** through a family member approximately one year ago, at which time he/she started purchasing marijuana from him. The CS advised he/she had also purchased firearms from **HALL** in the past. Although **HALL** plead guilty to a 2nd degree Grand Theft charge in 2019 (Adjudication withheld), preliminary investigation suggested he was not prohibited from possessing or owning a lawful firearm.

10. The CS advised **HALL** had sent him/her pictures of a "pipe bomb" he'd constructed at his house using "Nitrate" and other ingredients the CS could not recall. The first picture showed what appeared to be 3-4 plastic jars painted camouflage and taped together. **HALL** texted the picture from phone number (813) 312-2258 at 2:35 PM on November 1, 2022.

11. **HALL** sent the CS a second picture of the same device with what appeared to be a pipe duct-taped to the top of the plastic jars. The pipe had what appeared to be a fuse protruding from one end. As before, the second picture was sent from phone number (813) 312-2258. **HALL** texted the picture from phone number (813) 312-2258 at 8:28 PM on November 1, 2022.

12. During ensuing conversations with **HALL**, the CS learned that **HALL** had contemplated using the "pipe bomb" to target an individual identified only as "Kiko." **HALL** complained that he had sold a gun to Kiko that Kiko later dropped during a robbery. **HALL** claimed police had traced the gun back to him and had questioned him about the robbery.

13. Concerned for the safety of the public, the CS told **HALL** he/she might have someone interested in purchasing the pipe bomb and ultimately informed law enforcement of the pipe bomb possessed by **HALL**.

14. On November 2, 2022, the CS conducted a recorded controlled phone call to **HALL** at phone number (813) 312-2258 during which he/she made plans to meet with **HALL** with an undercover Pasco County Detective to purchase the "pipe bomb." During the conversation, the CS asked how much HALL wanted for "that thing." **HALL** asked, "Which one?" The CS replied, "The bang-bang...the big bang." **HALL** stated "Eight" meaning eight hundred dollars. The CS asked, "You say...we can...you don't know how to do it but if we could...if we could hook a phone up to it...we could

Page 4 of 8

probably hook a phone up to it...or you just got to light that bitch, right?" **HALL** replied, "Yeah. Right now it's got a ten-minute on it." The CS asked, "A ten-minute?" **HALL** continued, "Yeah. You got ten minutes to go and you need to be at least forty to fifty yards away because it's got ball-bearings, it's got pennies, it's got all kinds of shit in it." The CS asked, "Yesterday, you told me...like...shit it'd probably blow a fucking car up, right? Or, like, if I was to..." **HALL** interrupted, "It will. I built one that was half the size and it blew a car in half. So, this is double the size. It was meant for somebody but, you know...I didn't get the chance." The CS stated, "Look...he might grab a couple more, bro...in a couple days or whatever...if this thing goes right, and he likes this shit...he's gonna buy some more, bro." **HALL** replied, "Alright. I got all the materials to do it so..." The conversation ended shortly thereafter.

15. On November 2, 2022, Pasco County Sheriff's Office (PSO) Detective Name accompanied the CS to meet **HALL** to purchase the "pipe bomb." PSO Detective Name and the CS met **HALL** at a predetermined location where Detective Meissner engaged in conversation with **HALL**. **HALL** showed Det. Meissner the device, stating, "Only thing with these is, don't let it get wet." **HALL** described the device, "You've got ball-bearings, pennies, all kinds of stuff. So, be about fifty feet from where from (unintelligible) or you'll catch one. No...cause the first time I did it, we blew a lawn mower up and I about lost my head to (unintelligible). **HALL** offered to sell Det. Meissner a pistol as well, stating, "I do have a Glock 17 as too...I want six-fifty...with

Page 5 of 8

three mags." **HALL** showed Det. Meisner a Glock pistol which Det. Meissner also purchased.

16. Det. Meissner asked if **HALL** could build an additional device in about a week. **HALL** replied, "I got enough to build six more...now...I'm saying...depending on how big you want to go...cause, this one actually (unintelligible) has a magnet on the bottom because it was meant for somebody else. It's got a magnet. Somebody pissed me off and (unintelligible). This was personal for somebody but I ended up deciding not to fucking use...seriously...fucking pissed me off and wanted to (unintelligible)."

17. **HALL** made a request to Det. Meissner about the gun, stating, "All I ask is that...if you use the gun, wipe down the bolt."

18. The suspected destructive device was documented and disassembled by ATF Special Agent Bomb Techs (SABT) Chris Nicolussi and Lucas M Battani. The results and observations were shared with ATF Explosive's Enforcement Officer (EEO) Mike Eldredge. SABTs Nicolussi and Battani provided photographs and detailed information about the device to EEO Eldridge, including the following information:

- Examination and disassembly of the device revealed the device consisted of a length of metal pipe nipple which was sealed at both ends with end caps and filled with a suspected pyrotechnic powder, which had a length of suspected green pyrotechnic fuse inserted through a hole in one end cap. The fuse extended inside the pipe into the suspected pyrotechnic filler. The pipe was taped to a quantity of what appeared to be a

Page 6 of 8

mixed explosive material suspected to be a commercial product sold by the name "Tannerite Exploding Targets." SABT Battani knows Tannerite to be a mixture of ammonium nitrate and aluminum powder which is an explosive on the list of explosive materials published by the Director of ATF pursuant to the provisions in 18 U.S.C. § 841(d) and 27 CFR 555.23 regulated under ATF, specifically, ammonium nitrate explosive mixtures (cap-sensitive).

19. Based on the information and photographs provided to him by SABTs Nicolussi and Battani, EEO Mike Eldredge stated that, in his opinion and pending the physical examination and laboratory results, the device was a destructive device as that term is defined in 26 U.S.C. § 5845(f) and would be regulated in accordance with the Federal Firearms Regulations.

20. A National Firearm Registration and Transfer Record search conducted on November 2, 2022, revealed no records for HALL, indicating he was unlawfully in possession of the destructive device.

21.   Based on the foregoing, there is probable cause to believe that **JAMES JOHN HALL** made, possessed and sold explosive materials and a destructive device to the CI on November 2, 2022, in violations of 18 U.S.C. § 842(a)(3)(B) and 26 U.S.C. §§ 5861(d) and (f) and I respectfully request that a criminal complaint be issued for their arrest.

This completes my affidavit.

_____
Yannick Deslauriers
Special Agent, ATF

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1, before me this 3rd day of November, 2022

_____
HONORABLE SEAN P. FLYNN
United States Magistrate Judge

Page **8** of **8**