AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

United States of America
v.
James John Hall

     Defendant

)
)
)
)
)
)
)

Case No.

**8:22MJ2077SPF**

RCVD USMS M/FL TAMPA
2022 NOV 4 AM 9:44

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     James John Hall                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Distribution of Explosive Materials, in violation of 18 U.S.C. § 842(a)(3)(B)
Possession of a Firearm Not Registered in National Firearms Registration and Transfer Record &
Unlawful Making of a Firearm, in violation of 26 U.S.C. §§ 5861(d) and (f)

Date:   11/3/2022

City and state:   Tampa, Florida

*Issuing officer's signature*

Sean P. Flynn, United States Magistrate Judge
*Printed name and title*

CLERK, US DISTRICT COURT
MIDDLE DISTRICT, FLORIDA
TAMPA, FLORIDA
2022 NOV -7 PM 3:57
FILED

---

### Return

This warrant was received on *(date)*   11-3-22   , and the person was arrested on *(date)*   11.3.22
at *(city and state)*   Zephyrhills, FL         .

Date:   11.4.22

*Arresting officer's signature*

Yannick Deslauriers ATF
*Printed name and title*