FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22-cr-410-MSS-AAS

JAMES JOHN HALL

18 U.S.C. § 842(a)(3)(B)
26 U.S.C. § 5861(d)
26 U.S.C § 5861(f)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On November 2, 2022, in the Middle District of Florida, the defendant,

JAMES JOHN HALL,

did knowingly distribute explosive materials, as defined in 18 U.S.C. § 841 (c), that is, aluminum powder and ammonium nitrate combined, and pyrotechnic powder, when he was not licensed or permitted to do so, and did distribute said explosive materials to an individual who was not licensed or permitted to purchase explosive materials.

In violation of 18 U.S.C. §§ 842(a)(3)(B) and 844(a)(1).

### COUNT TWO

Beginning on an unknown date, and continuing through on or about November 2, 2022, in the Middle District of Florida, the defendant,

JAMES JOHN HALL,

did knowingly possess a firearm, as defined in 26 U.S.C. § 5845(a)(8) and 18 U.S.C. § 921, that is, a bomb, not registered to him in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

## COUNT THREE

Beginning on an unknown date, and continuing through on or about November 2, 2022, in the Middle District of Florida, the defendant,

JAMES JOHN HALL,

did knowingly make a firearm, as defined in 26 U.S.C. § 5845(a)(8) and 18 U.S.C. § 921, that is, a bomb, and failed to register said firearm with the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5861(f) and 5871.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c) and 982(a)(2)(B) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 842, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a pipe bomb consisting of a pipe, Tannerite, pyrotechnic powder, and pyrotechnic fuse.

4. The allegations contained in Counts Two and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

5. Upon conviction of a violation 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

6. The property to be forfeited includes, but is not limited to, the following: a pipe bomb consisting of a pipe, Tannerite, pyrotechnic powder, and pyrotechnic fuse

7. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Samantha J. Newman
Assistant United States Attorney

By: _____
Michael C. Sinacore
Deputy Chief, Violent Crimes and Narcotics Section

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAMES JOHN HALL

INDICTMENT

Violations: 18 U.S.C. § 842(a)(3)(B); 26 U.S.C. §§ 5861(d) and 5861(f)

A true bill,

███████████████████████████

_____
Foreperson

Filed in open court this 30th day

of November, 2022.

_____
Clerk

Bail $_____

GPO 863 525